THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAMIRO WATTS, Defendant-Appellant.

(Nos. 71-378, 71-379 cons.; )

Second District—October 27, 1972.

Opinion by Mr. JUSTICE ABRAHAMSON.

Frank Wesolowski, Public Defender, of Wheaton, (Robert H. Heise, Deputy Public Defender, of counsel,) for appellant.

William V. Hopf, State's Attorney, of Wheaton, (Malcolm F. Smith, Assistant State's Attorney, of counsel,) for the People.